# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02473-BNB

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

JAMES GREEN, and
CHRISTOPHER HACHEY,

    Defendants.




## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

This matter is before the Court on the "Motion to Amend Caption to Reflect Correct Names of the Defendants [P]ursuant to Federal Rules of Civil Procedure 15(A)" that Plaintiff, James Ralph Dawson, Jr., submitted to and filed with the Court on December 12, 2007. The motion is DENIED as unnecessary because Mr. Dawson listed the correct names of the defendants in the amended complaint he filed on the same day.

Dated: December 26, 2007

Copies of this Minute Order mailed on December 26, 2007, to the following:

James Ralph Dawson, Jr.
Prisoner No. 46709
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                                          Secretary/Deputy Clerk