IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02473-REB-BNB

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

JAMES GREEN, and
CHRISTOPHER HACHEY,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#30], filed September 22, 2008. No objections having been filed to the recommendation, I review it only for plain error.[1] ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] I note that after the Recommendation was filed, albeit well past the ten-day deadline for filing objections, plaintiff submitted an Inmate Trust Account Statement [#31], filed October 14, 2008. To the extent this filing was intended to constitute an objection to the magistrate judge's recommended disposition, it does not alter my conclusion that the recommendation should be approved and adopted. The statement shows that plaintiff continues to incur the type of discretionary expenses that the magistrate judge previously informed him would not obviate the need to make monthly payments toward his filing fee. Moreover, the statement does not in any way address why plaintiff failed to make payments as required from February through July, 2008.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#30], filed September 22, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That with the consent of the magistrate judge, the order of reference [#16], filed March 18, 2008, as to **Defendants' Motion for Summary Judgment** [#15], filed March 17, 2008, as well as the order of reference [#28], filed September 18, 2008, regarding **Plaintiff's Answer to Show Cause and Motion To Determine Monthly Filing Fee Due** [#25], filed August 29, 2008, are both **DENIED AS MOOT**;

3. That the **Order To Show Cause** [#21], filed August 6, 2008, is **MADE ABSOLUTE**; and

4. That plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE** for failure to make monthly filing payments toward satisfaction of the filing fee as required by D.C.COLO.LCivR 41.1.

Dated October 24, 2008, at Denver, Colorado.

                                      **BY THE COURT:**

                                      s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge